# OFFICE OF THE
# CHAPTER 13 STANDING TRUSTEE

7 Southwoods Boulevard, Albany, New York 12212

Andrea E. Celli, Esq.  
Trustee  
Bonnie Baker, Esq.  
Assoc. Attorney

Telephone: (518) 449-2043  
Facsimile: (518) 449-2473

For payments Only:  
P.O Box 1918  
Memphis, TN 38101-1918

May 23, 2011

Bankruptcy Court  
James T. Foley U.S. Courthouse  
445 Broadway, Suite 306  
Albany, New York 12207

Re:   01-14456          Michael & Rose Doyle

To Whom It May Concern:

Enclosed please find check #922658 in the amount of $545.35. Pursuant to the order of confirmation, we have been collecting funds for a creditor in this case and have attempted to distribute funds. All attempts to contact and forward checks have been unsuccessful. The creditor name and address as listed on the proof of claim is as follows:

Claim No.      1

Account#       1319417

Creditor       Option One Mortgage Corp.  
               POB 57038  
               Irvine, CA 92618

Very truly yours,

*Cheryl Corning*

Cheryl Corning  
Office of Andrea Celli

**FILED**

MAY 2 4 2011

OFFICE OF THE BANKRUPTCY CLERK  
ALBANY, NY